No. 84–6799.  CARRIGAN v. LASHLEY, *ante*, p. 834;

No. 84–6806.  GORMONG v. LOCAL 613, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, ET AL., *ante*, p. 834;

No. 84–6824.  SPAN v. DeLAINE, *ante*, p. 835;

No. 84–6889.  OWENS v. FREEMAN, SUPERINTENDENT, PENNSYLVANIA CORRECTIONAL INSTITUTION AT CAMP HILL, ET AL., *ante*, p. 838;

No. 84–6954.  CAMPBELL v. OHIO DEPARTMENT OF JUSTICE ET AL., *ante*, p. 840;

No. 84–7007.  BROWN v. UNITED STATES, *ante*, p. 842;

No. 85–5003.  IN RE WHALEY, *ante*, p. 814;

No. 85–5144.  OWENS v. UNITED STATES, *ante*, p. 857;

No. 85–5202.  BROWN v. ZANT, *ante*, p. 860;

No. 85–5211.  KELLEY v. UNITED STATES, *ante*, p. 860;

No. 85–5220.  PINKERTON v. McCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, *ante*, p. 865;

No. 85–5245.  FOSTER v. SMITH ET AL., *ante*, p. 861; and

No. 85–5268.  DiSILVESTRO v. UNITED STATES, *ante*, p. 862. Petitions for rehearing denied.

### NOVEMBER 18, 1985

No. 85–216.  ROA ET AL., INDIVIDUALLY AND AS GUARDIANS AD LITEM FOR ROA v. LODI MEDICAL GROUP, INC., ET AL.  Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question.  JUSTICE BRENNAN and JUSTICE WHITE would note probable jurisdiction and set case for oral argument.

No. 85–342.  PAINTER v. ALASKA.  Appeal from Ct. App. Alaska dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–5529.  PRENZLER v. DEAN FORWARDING CO., INC. Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–5531.  MEYER v. OREGON.  Appeal from Ct. App. Ore. dismissed for want of jurisdiction.  Treating the papers whereon